IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| ASHTON PEDDY § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:22-CV-00401 |
| § | JUDGE MICHAEL J. TRUNCALE |
| ALLSTATE VEHICLE AND § | |
| PROPERTY INSURANCE COMPANY § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Plaintiff's Motion to Dismiss with Prejudice. [Dkt. 8]. Plaintiff has advised that all matters of fact and things in controversy have been fully and finally compromised and settled and he is now seeking a dismissal with prejudice as to the above-styled case.

It is therefore **ORDERED** that this case **DISMISSED WITH PREJUDICE**, and the Partis shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 10th day of April, 2023.

Michael J. Truncale
United States District Judge